Circuit Judge CHAMBERS dissents from this order and will file a separate expression of his views.

CHAMBERS, Circuit Judge, dissenting:

My dissent on *our* Court's order for briefs is that I think we had such splendid oral presentations on February 29 that I think we have enough in the record to decide the issues before us without the briefing that was ordered.

**Jimmy NEUSCHAFER, Petitioner/Appellant,**

v.

**Harol WHITLEY, et al., Respondents/Appellees.**

No. 88–1688.

United States Court of Appeals, Ninth Circuit.

Order Feb. 29, 1988.

Dissent March 7, 1988.

Order March 28, 1988.

Before ALARCON and HALL, Circuit Judges.

## ORDER

The order filed February 29, 1988 has been ordered for publication along with Judge Chambers dissent filed on March 7, 1988.

## ORDER

A stay of execution is ordered pending final disposition of this appeal.

The parties are directed to file simultaneous briefs within 28 days; within 14 days thereafter the parties may file simultaneous responses.

* The panel finds this case appropriate for submission without oral argument pursuant to Ninth